**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 3-6-2006

**DIGITAL RECORDING:** 3:32 - 3:42 pm

- [x] **INITIAL APPEARANCE**
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE ___DRB___     DEPUTY CLERK: ___sql___

CASE NO. __2:06mj26-DRB__     DEFT. NAME: __Fred REED__

USA: ___Speirs___     ATTY: __Leslie Smith__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (CDO)
( ) Stand In ONLY

USPTSO/USPO:_____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES     NAME:_____

Date of Arrest __3-3-06__ or [x] RULE 5

- [ ] kars.
- [x] kia.          Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.        Deft. First Appearance with Counsel
- [ ]               Deft. First Appearance without Counsel
- [x]               Requests appointed Counsel   [x] **ORAL MOTION for Appointment of Counsel**
- [ ] kfinaff.      Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted      **ORAL ORDER** appointing Community Defender Organization ✓ - **Notice to be filed.**
- [ ] k20appt.      Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]               Deft. Advises he will retain counsel. Has retained _____
- [ ]               Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]               Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.       **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.    Release order entered. Deft. advised of conditions of release
- [ ] kbnd.         [ ] **BOND EXECUTED (M/D AL charges)** $_____. Deft released (kloc LR)
- [ ]               [ ] **BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
- [x] kloc.(LC)     Bond NOT executed. Deft to remain in Marshal's custody
- [ ]               Preliminary Hearing [ ] Set for _____
- [ ] ko.           Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.       Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]               Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr.         **ARRAIGNMENT SET FOR:** _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ]               [ ] Set for _____ Trial Term; [ ] **PRETRIAL CONFERENCE DATE:** _____
                    **DISCOVERY DISCLOSURES DATE:** _____
- [ ] krmknn.       NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.      Identity/Removal Hearing set for _____
- [ ] kwvspt        **Waiver of Speedy Trial Act Rights Executed**